ORIGINAL

FILED
FEB 25 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Richard C. Abend, Blake Brown, David McLean, Juan D. Morales, Richard L. Murphy, III, Roland W. O'Briant, Gregory A. Stanley, Eddie Vasilopoulos and Darren Williams,

Plaintiffs,

vs.

United States,

Defendant.

No. 08-106 C

**COMPLAINT**

Plaintiffs, by and through their attorneys, Soule, Bradtke & Lambert and Jac A. Cotiguala, bring this action for back pay and other relief against the United States as a collective action for violations of the Fair Labor Standards Act ("FLSA") of 1938, as amended, 29 U.S.C. §216(b). In support thereof, plaintiffs state as follows:

1. Jurisdiction and venue are proper in this Court under the Tucker Act, 28 U.S.C. §1491(a)(1).

2. Plaintiffs are and have been employed as Supervisory Detention and Deportation Officers ("SDDO") for the United States acting under the control and direction of the Department of Homeland Security.

3. Plaintiffs hereby consent to sue for violations of the FLSA. (Exhibit A) Other individuals have signed and hereby submit Notices of Consent to become party plaintiffs to this litigation. (Exhibit B) It is also likely that more individuals will sign consent forms and join as plaintiffs on this claim in the future.

4. At all times relevant hereto, defendant has regularly required plaintiffs and other Supervisory Detention and Deportation Officers to work in excess of 40 hours per week, but has failed to pay compensation to plaintiffs and other Supervisory Detention and Deportation Officers as required by law for such time actually worked by them.

5. Plaintiffs and other Supervisory Detention and Deportation Officers do not have the authority to hire, fire or promote their subordinates nor are their suggestions/recommendations on such actions given any particular consideration.

6. In carrying out their duties and assignments, plaintiffs and other Supervisory Detention and Deportation Officers, act as "first responders" by engaging in direct hands on law enforcement-type work, including, but not limited to, direct contact with and transportation of suspects.

7. Plaintiffs' job duties and terms and conditions of employment, do not exempt plaintiffs and other similarly-situated persons from the overtime and minimum wage requirements under the FLSA.

## COUNT I

8. Plaintiffs reallege and incorporate by reference the allegations contained in paragraphs 1-7 of this complaint.

9. The claim in this Count I is for backpay, liquidated damages and other relief for defendant's violations of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§201 et. seq.

10. The claim in this Count I is brought by the named plaintiffs as a collective action on behalf of themselves and on behalf of all persons who are and/or were employed by defendant as Supervisory Detention and Deportation Officers at any time within the applicable statute of

limitations and who consent to participate in this action by filing a written consent with this Court pursuant to 29 U.S.C. §216(b).

11. The claim in this Count I should be allowed to be maintained as a collective action in that: (1) there are questions of law or fact common to hundreds of other Supervisory Detention and Deportation Officers who might consent to participate; (2) the claims of the named plaintiffs are typical of the claims of other Supervisory Detention and Deportation Officers who might consent to participate; and (3) the named plaintiffs will fairly and adequately protect the interests of other Supervisory Detention and Deportation Officers who might consent to participate. In addition, the prosecution of separate actions by individual Supervisory Detention and Deportation Officers would create a risk of inconsistent or varying adjudications with respect to Supervisory Detention and Deportation Officers, which would establish incompatible standards of conduct for the defendant; the questions of law and fact common to all Supervisory Detention and Deportation Officers predominate over any questions affecting only individuals; and a collective action is superior to other available methods for the fair and efficient adjudication of the controversy herein.

12. At all times relevant hereto, defendant has been an "employer" of plaintiffs and all other Supervisory Detention and Deportation Officers within the meaning of the FLSA, 29 U.S.C. §203.

13. At all relevant times hereto, plaintiffs and all other Supervisory Detention and Deportation Officers have been "employees" of defendant within the meaning of the FLSA, 29 U.S.C. §203.

14. During numerous weeks during the time period relevant hereto, plaintiffs and all other Supervisory Detention and Deportation Officers have worked more than 40 hours during such weeks;

defendant has allowed and suffered plaintiffs and other Supervisory Detention and Deportation Officers to work in excess of 40 hours during such hours, but defendant has not paid the overtime premium required by the FLSA for such hours worked in excess of 40 during such weeks.

15. Defendant has failed to pay overtime compensation due to plaintiffs and other Supervisory Detention and Deportation Officers under the FLSA, 29 U.S.C. §207, for hours worked in excess of 40 hours during a week, and defendant has thereby violate the overtime provisions of the FLSA, 29 U.S.C. §§207 and 215.

WHEREFORE, plaintiffs pray that this Court enter judgment in favor of plaintiffs and all other Supervisory Detention and Deportation Officers who consent to participate in this action and against defendant, and that this Court:

A. Allow the claim in this Count to proceed as a collective action pursuant to 29 U.S.C. §216(b);

B. Order defendant to account to plaintiffs and all other Supervisory Detention and Deportation Officers who consent to participate in this action for all hours worked in excess of 40 during any week within the relevant period of limitations;

C. Award to plaintiffs and all other Supervisory Detention and Deportation Officers who consent to participate in this action backpay for all hours worked in excess of 40 during any week within the relevant period of limitations in amounts required by the FLSA;

D. Award to plaintiffs and all other Supervisory Detention and Deportation Officers who consent to participate in this action liquidated damages in an additional amount equal to backpay for all hours worked in excess of 40 during any week within the relevant period of limitations.

E. Award to plaintiffs and all other Supervisory Detention and Deportation Officers who consent to participate in this action such other compensation and benefits to which they may be entitled as a result of the unlawful practices and policies of defendant;

F. Award pre-judgment interest to plaintiffs and to such other Supervisory Detention and Deportation Officers who consent to participate in this action;

G. Award to plaintiffs and to such other Supervisory Detention and Deportation Officers who consent to participate in this action their costs of suit;

H. Award to plaintiffs and to such other Supervisory Detention and Deportation Officers who consent to participate in this action reasonable attorneys' fees and expenses; and

I. Grant such other and further relief as this Court deems to be appropriate and just.

**COUNT II**

16. Plaintiffs reallege and incorporate by reference the allegations contained in paragraphs 1-15 of this complaint, and, pleading alternatively and cumulatively, state as follows for their Count II.

17. Defendant's above-described violations of the FLSA have been willful.

WHEREFORE, plaintiffs pray that this Court enter judgment in favor of plaintiffs and all other Supervisory Detention and Deportation Officers who consent to participate in this action and against defendant, and that this Court:

A. Allow the claim in this Count to proceed as a collective action pursuant to 29 U.S.C. §216(b);

B. Order defendant to account to plaintiffs and all other Supervisory Detention and Deportation Officers who consent to participate in this action for all hours worked in excess of 40 during any week within the relevant period of limitations;

C. Award to plaintiffs and all other Supervisory Detention and Deportation Officers who consent to participate in this action backpay for all hours worked in excess of 40 during any week within the relevant period of limitations in amounts required by the FLSA;

D. Award to plaintiffs and all other Supervisory Detention and Deportation Officers who consent to participate in this action liquidated damages in an additional amount equal to backpay for all hours worked in excess of 40 during any week within the relevant period of limitations.

E. Award to plaintiffs and all other Supervisory Detention and Deportation Officers who consent to participate in this action such other compensation and benefits to which they may be entitled as a result of the unlawful practices and policies of defendant;

F. Award pre-judgment interest to plaintiffs and to such other Supervisory Detention and Deportation Officers who consent to participate in this action;

G. Award to plaintiffs and to such other Supervisory Detention and Deportation Officers who consent to participate in this action their costs of suit;

H. Award to plaintiffs and to such other Supervisory Detention and Deportation Officers who consent to participate in this action reasonable attorneys' fees and expenses; and

I. Grant such other and further relief as this Court deems to be appropriate and just.

Respectfully Submitted,

Kelly K. Lambert, Attorney for Plaintiffs

Jennifer K. Soule
James G. Bradtke
Kelly K. Lambert
**Soule, Bradtke & Lambert**
155 North Michigan Avenue
Suite 504
Chicago, Illinois 60601
312-616-4422
312-616-4423 (fax)

Of Counsel:
Jac A. Cotiguala
**Jac A. Cotiguala & Associates**
431 South Dearborn Street
Suite 606
Chicago, Illinois 60605
312-939-2100
312-939-2200 (fax)

Date: February 21, 2008

# EXHIBIT A

**LIST OF PLAINTIFFS**

| Plf No. | Name |
|---|---|
| 001 | Richard C. Abend |
| 002 | Blake Brown |
| 003 | David McLean |
| 004 | Juan D. Morales |
| 005 | Richard L. Murphy, III |
| 006 | Roland W. O'Briant |
| 007 | Gregory A. Stanley |
| 008 | Eddie Vasilopoulos |
| 009 | Darren Williams |

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: JAN 18 2008

Your Signature: R. Abend

Your Printed Name: Richard Carl Abend

Address: 4025 Via Aldea, Oceanside, CA 92057
City State Zip Code

Telephone: ( ) 619-843-1234 / 760-433-1234

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 1-22-08

Your Signature: [signature]

Your Printed Name: BLAKE BROWN

Address: 24545 SE 39 PL ISSAQUAH, WA 98029
City State Zip Code

Telephone: ( ) 425 7669380

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: February 05, 2008

Your Signature: [signature]

Your Printed Name: DAVID McLean

Address: 57 MT Holyoke CT, Getzville, NY, 14068
City State Zip Code

Telephone: (716) 583-0296

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: Feb 11, 2008

Your Signature: Juan D. Morales

Your Printed Name: JUAN D. MORALES

Address: 4127 City View San Antonio TX 78228
City State Zip Code

Telephone: (210) 355-5461

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 02/05/08

Your Signature: [signature]

Your Printed Name: RICHARD L. MURPHY III

Address: 4952 N. SILVERLACE DR. CASTLE ROCK, CO 80109
City State Zip Code

Telephone: (303) 663-5133

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: February 10, 2008

Your Signature: [signature]

Your Printed Name: Roland V. OBriant

Address: 3171 Wagon Wheel Los Lunas, NM 87031
City State Zip Code

Telephone: (915) 241-2436

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 1/20/2008

Your Signature: Gregory A. Stanley

Your Printed Name: Gregory A. Stanley

Address: 6 OAK BLUFF Rd Kennebunk ME 04043
City State Zip Code

Telephone: ( 207-985-5166

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: January 23rd 2008

Your Signature: E. Vaslopoulos

Your Printed Name: Ellie Vasilopoulos

Address: 2710 McNair Drive Palm Harbor FL 34683

City State Zip Code

Telephone: (727) 485 5058 (Cell) or (727) 736-0713 (Home)

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 02/15/2008

Your Signature: Darren Willis

Your Printed Name: DARREN Williams

Address: 401 LINDEN AVENUE Bogota NJ 07603
City State Zip Code

Telephone: (201) 441-9491 (646)773-8408 cell

# EXHIBIT B

**LIST OF PARTY PLAINTIFFS**

| Party Plf No. | Name |
|---|---|
| 010 | Robert Alfieri |
| 011 | Chad Allen |
| 012 | Cecilio Banuelos |
| 013 | James Bond |
| 014 | David Bradley |
| 015 | David C. Bryant |
| 016 | Daniel J. Canales |
| 017 | James Creahan |
| 018 | David Deweese |
| 019 | Anthony Ditchkus |
| 020 | Arthur E. Edwards |
| 021 | William K. Everett |
| 022 | Paul A. Garcia |
| 023 | John Garzon |
| 024 | Kenneth Genalo |
| 025 | Donald George |
| 026 | Thomas Giles |
| 027 | Vida Leon Guerrero |
| 028 | James L. Heathman |
| 029 | Randall Henderson |
| 030 | George Hernandez |
| 031 | John Hylkema |
| 032 | Eddie C. Johnson |
| 033 | Steven J. Kutz |
| 034 | Tony Lam |
| 035 | John Lawton |
| 036 | Evelyn McNair |
| 037 | Homero Mendoza |
| 038 | Etilvia Maritza Milne |
| 039 | Charles Mule |
| 040 | Tai Nguyen |
| 041 | Michael Phillips |
| 042 | Michael Ramella |
| 043 | Charles Riccio |
| 044 | Joseph Sallemi |
| 045 | Barrett Salvato |
| 046 | Paul Sanichar |
| 047 | James Shaughnessy |
| 048 | Kenneth C. Smith |
| 049 | Gregory D. Switzer |
| 050 | Karen Townsley |
| 051 | James Michael Vaughn |

# NOTICE OF CONSENT

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 2/4/2008

Your Signature: [signature]

Your Printed Name: ROBERT J. ALFIERI

Address: 11713 KINROSS CT HUNTERSVILLE NC 28078
City State Zip Code

Telephone: (704) 947-1630 (H) [redacted]

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 2/14/08

Your Signature: [signature]

Your Printed Name: Chad Allen

Address: 488 NE 49th Ave. Hillsboro, OR 97124
City State Zip Code

Telephone: (503) 648-7743

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 2-7-2008

Your Signature: [signature]

Your Printed Name: CECILIO BANUELOS

Address: 44 HEATHER LN BROWNSVILLE TX 78521-4053
City State Zip Code

Telephone: (956 535-1569, 956-982-6820

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 01/25/2008

Your Signature: [signature]

Your Printed Name: JAMES K. BOND

Address: 25W109 MAYflower Ave Naperville IL 60540-3503

City State Zip Code

Telephone: (630 336-0742

## NOTICE OF CONSENT

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 1/20/2008

Your Signature: [signature]

Your Printed Name: DAVID A. BRADLEY

Address: 8930 NE 8th Ave, unit 912 Miami FL 33138
City State Zip Code

Telephone: (770) 639 5231 / 770 639 5220

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 01/30/2008

Your Signature: David Bryant

Your Printed Name: DAVID C. BRYANT

Address: 62 FINNER DR, CRAWFORDVILLE, FL 32327
City State Zip Code

Telephone: 850 421-2466 OR 850 728 4688

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 2/11/2008

Your Signature: [signature]

Your Printed Name: Daniel Canales

Address: 3517 Big Horn Trail Schertz TX 78154
City State Zip Code

Telephone: (210) 616-2283

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 1/22/08

Your Signature: James Creahan

Your Printed Name: JAMES CREAHAN

Address: 96 SHENANDOAH RD BUFFALO NY 14220
City State Zip Code

Telephone: (716) 826 5170

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 1/18/08

Your Signature: [signature]

Your Printed Name: David Deweese

Address: 7744 Quarry Cliff Ct, Reynoldsburg, OH 43068
City State Zip Code

Telephone: (614) 367-1812

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 02-14-2008

Your Signature: [signature]

Your Printed Name: ANTHONY DITCHKOS

Address: 226 19th AVE, BRICK NJ 08724

City State Zip Code

Telephone: (732) 785 9647

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 1/18/2008

Your Signature:

Your Printed Name: Arthur E. Edwards

Address: 10371 E. Briar Oaks Dr., Unit E, Stanton, CA 90680

City State Zip Code

Telephone: 805 438 1625

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 1/29/08

Your Signature: William K. Everett

Your Printed Name: William K. Everett

Address: 26015 Laurel Pass San Antonio Texas 78260

City State Zip Code

Telephone: (210) 899-5179 (cell)

no home phone at present - I moved to San Antonio - only 1 week in new home

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: JAN 1 8 2008

Your Signature: [signature]

Your Printed Name: Paul Anthony Garcia

Address: 662 Chapel Hill Drive Chula Vista, CA 91914
City State Zip Code

Telephone: (619) 271-7685 Cel. (619) 572-3698

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: JANUARY 17, 2008

Your Signature: [signature]

Your Printed Name: JOHN A. GARZON

Address: 7959 PASADENA AVE. LA MESA CA 91941
City State Zip Code

Telephone: (813) 629-2086

CHECK # 9519 ATTACHED. JAG

# NOTICE OF CONSENT

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 1/28/08

Your Signature: [signature]

Your Printed Name: KENNETH GENALO

Address: 362 KELLY AVENUE BRICK NJ 08724

City State Zip Code

Telephone: (973) 332-9926

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: February 4, 2008

Your Signature: [signature]

Your Printed Name: Donald S. George

Address: 12324 Jan Hemng Way El Paso Tx 79936
City State Zip Code

Telephone: (915) 892-1094

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 1/21/08

Your Signature: [signature]

Your Printed Name: Tom Giles

Address: 33929 SE Salal St Snoqualmie WA 98065
City State Zip Code

Telephone: (206) 4986910 (mobile) / 425 8880105 (cell)

# NOTICE OF CONSENT

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: February 05, 2008

Your Signature: [signature]

Your Printed Name: Vida Ada Leon Guerrero

Address: P.O. Box 3135; Hagatna, Guam 96932

City State Zip Code

Telephone: (671 ) 734-4692 (home); 777=2916 (cell); 472-7205 (work)

[redacted]

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 2-1-08

Your Signature: James L Heathman

Your Printed Name: JAMES L. HEATHMAN JR.

Address: 7815 PALMER PLACE LN, HUMBLE, TX 77346
City State Zip Code

Telephone: 281 812-8382

# NOTICE OF CONSENT

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 2-12-08

Your Signature: [signature]

Your Printed Name: Randall J. Henderson

Address: 3524 E. Diamond Ave, Mesa, AZ 85204
City State Zip Code

Telephone: (480) 832-9047 / Cell 480-277-3215

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 1-30-08

Your Signature: [signature]

Your Printed Name: George Hernandez

Address: 608 KRAZY LN, LUTZ FL 33548
City State Zip Code

Telephone: (813) 388-5529

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 2-5-08

Your Signature: [signature]

Your Printed Name: John Hukema

Address: 9183 Alexander Rd, Batavia, NY 14020
City State Zip Code

Telephone: ( ) 585-345-1245

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 2/12/08

Your Signature: [signature]

Your Printed Name: Eddie C Johnson

Address: 36946 Pebley Ct Winchester CA 92596
City State Zip Code

Telephone: (951) 926-8144 cell (619) 892-0649

## NOTICE OF CONSENT

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: January 19, 2008

ATM Steven J. Kutz '93
1411 North Gabriel River Circle
Sugar Land, TX 77478

Your Signature: S. J. Kutz

Your Printed Name: Steven J. Kutz

Address: 1411 N. Gabriel River, Sugar Land, TX, 77478
City State Zip Code

Telephone: ( ) 281-302-3093

# NOTICE OF CONSENT

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: JAN 23, 2008

Your Signature: Tony Lam

Your Printed Name: TONY D. LAM

Address: 9414 NW HOPEDALE CT PORTLAND, OR 97229
City State Zip Code

Telephone: (503) 849-6380

## NOTICE OF CONSENT

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: January 30, 2008

Your Signature: [signature]

Your Printed Name: John A. Lawton

Address: 9 Quarry Dr. Watsontown, PA 17777-9625

City State Zip Code

Telephone: (570) 538-2947 Cell - 570-768-7245

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 1/31/2008

Your Signature: Evelyn McNair

Your Printed Name: EVELYN MCNAIR

Address: 16 South Ave W. Cranford NJ 07016
City State Zip Code

Telephone: (973) 417-9000

# NOTICE OF CONSENT

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: January 28, 2008

Your Signature: [signature]

Your Printed Name: Homero Mendoza

Address: 15349 Greenstone Circle Parker, CO 80134

City State Zip Code

Telephone: (303) 596-3425

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 2/4/08

Your Signature: Ethilvia M Milne

Your Printed Name: Ethilvia Maritza Milne

Address: 415 S Cleveland st. # 103 Oceanside CA 92054

City State Zip Code

Telephone: (760) 583 6808

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 1/26/08

Your Signature: Charles Mule

Your Printed Name: CHARLES MULE'

Address: 123 WILTSHIRE RD, WMSV, NY 14221
City State Zip Code

Telephone: 716 632-5604

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: JANUARY 17, 2007

Your Signature: [signature]

Your Printed Name: TAI T. NGUYEN

Address: 15 STICKLEY CT., THE WOODLANDS TX 77382
City State Zip Code

Telephone: (281) 419-5402/HOME 832-473-4292/CELL

# NOTICE OF CONSENT

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 2/16/2008

Your Signature: Michael Phillips

Your Printed Name: MICHAEL PHILLIPS

Address: 3511 SWEET HOME ROAD AMHERST NY 14228
City State Zip Code

Telephone: (716) 691-7451

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: January 20, 2008

Your Signature: [signature]

Your Printed Name: Michael Ramella

Address: 117 Deerfield Drive Cherry Hill, NJ 08034
City State Zip Code

Telephone: (856) 534-8117

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 1/23/08

Your Signature: [signature]

Your Printed Name: Charles M. Riccio

Address: 11602 S. Dolly Circle Berlin MD 21811
City State Zip Code

Telephone: (410) 641-7515

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 02/04/08

Your Signature: [signature]

Your Printed Name: Joseph P. Sallemi

Address: 1373 Rosepointe DR, York, PA 17404
City State Zip Code

Telephone: (717) 767 5999 / work 717 840 7247

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: JANUARY 26, 2008

Your Signature: [signature]

Your Printed Name: BARRETT SALVATO

Address: 2408 NW 121ST CIRCLE, VANCOUVER, WA. 98685-2018
City State Zip Code

Telephone: (360) 576-1981 (HOME)

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 1/22/08

Your Signature: Paul Sanchez

Your Printed Name: Paul Sanchez

Address: 439 Faitoute Ave, Roselle Park NJ 07204
City State Zip Code

Telephone: (908) 245-1736; 973-277-8695 -cell

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 1/23/2008

Your Signature: [signature]

Your Printed Name: James Shaughnessy

Address: 155 Bedford Ave Rockaway Point NY 11697

City State Zip Code

Telephone: (718) 318-8439

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: JAN 23 2008

Your Signature: Kenneth C Smith

Your Printed Name: KENNETH C SMITH

Address: 1025 MOUNT DANA DR CHULA VISTA CA 91913

City State Zip Code

Telephone: (619) 778-3779 (MOBILE) 619-557-5622 (WORK)

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: January 26, 2008

Your Signature: [signature]

Your Printed Name: Gregory D. Switzer

Address: 11654 W. Hollandale, Boise ID. 83709
City State Zip Code

Telephone: (208) 378-5814

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 02/11/08

Your Signature: Karen T. Townsley

Your Printed Name: Karen T. Townsley

Address: 200 Karen Townsley Rd. DeRidder LA. 70634
City State Zip Code

Telephone: 337 462 6639 cell 337 375 6639

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 1/18/08

Your Signature: James "Michael" Vaughn

Your Printed Name: James Michael Vaughn

Address: 2223 Solitude way Rocklin CA 95765
City State Zip Code

Telephone: (916) 458-8079