ORIGINAL

RECEIVED
FEB 25 2008
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

08-106 C

Plaintiff(s) or Petitioner(s)
Richard C. Abend, et al.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Kelly K. Lambert

Firm Name: Soule, Bradtke & Lambert

Post Office Box:

Street Address: 155 N. Michigan Ave., No. 504

City-State-Zip: Chicago, IL 60601

Telephone & Facsimile Numbers: Telephone: 312-616-4422 Fax: 312-616-4423

Is the attorney of record admitted to the Court of Federal Claims Bar? ☐ Yes ■ No

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ■ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 3 0 4
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: H L S
See attached sheet for three-digit codes.

Amount Claimed: $1,000,000.00+
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ■ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

**LIST OF PLAINTIFFS**

| Plf No. | Name |
|---|---|
| 001 | Richard C. Abend |
| 002 | Blake Brown |
| 003 | David McLean |
| 004 | Juan D. Morales |
| 005 | Richard L. Murphy, III |
| 006 | Roland W. O'Briant |
| 007 | Gregory A. Stanley |
| 008 | Eddie Vasilopoulos |
| 009 | Darren Williams |