**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Richard C. Abend, Blake Brown, David McLean, Juan D. Morales, Richard L. Murphy, III, Roland W. O'Briant, Gregory A. Stanley, Eddie Vasilopoulos and Darren Williams, | |
| Plaintiffs, | No. 08-106 C |
| vs. | Judge Marian Blank Horn |
| United States, | |
| Defendant. | |

**MOTION FOR LEAVE TO FILE NOTICES OF CONSENT**

Plaintiffs, by their undersigned counsel, move the Court to allow them to file Notices of Consent herein. In support, plaintiffs provide the following:

1. Plaintiffs' Complaint along with fifty-one Notices of Consent was filed on February 25, 2008;

2. Plaintiffs' counsel has received fifteen additional Notices of Consent since the filing of the Complaint on February 25, 2008;

3. Plaintiffs' counsel has not received notification from the clerk that service of the Complaint has been effectuated on defendant; and

4. The tolling of the statute of limitations for the additional persons seeking to file their Notice of Consents is dependent on the filing date of their particular Notice of Consent.

WHEREFORE, plaintiffs respectfully request that they be permitted to file the attached Notices of Consent (Exhibit A) for: Valencia L. Ahmad; James M. Benson, III; Thomas Brophy; Paige Edenfield; Todd M. Falvey; James H. Fitzgerald; Jeffrey M. Jacoff; Robert J. Margist; John

E. McCarthy; James G. Mounce III; Bruce Norum; David O'Neill; Sylvester M. Ortega; Lansing W. Tyler; and Robert Williams.

Respectfully submitted,

/s/ Kelly K. Lambert

Kelly K. Lambert, Attorneys for Plaintiffs

Dated: March 7, 2008

Jennifer K. Soule
James G. Bradtke
Kelly K. Lambert
**Soule, Bradtke & Lambert**
155 North Michigan Avenue
Suite 504
Chicago, Illinois 60601
312-616-4422

S:\SDDO\Pleadings\Mtn Leave to File Consents - 03-07-08.wpd

# Exhibit A

**LIST OF PARTY PLAINTIFFS**

| Party Plf No. | Name |
|---|---|
| 052 | Valencia L. Ahmad |
| 053 | James M. Benson, III |
| 054 | Thomas Brophy |
| 055 | Paige Edenfield |
| 056 | Todd M. Falvey |
| 057 | James H. Fitzgerald |
| 058 | Jeffrey M. Jacoff |
| 059 | Robert J. Margist |
| 060 | John E. McCarthy |
| 061 | James G. Mounce III |
| 062 | Bruce Norum |
| 063 | David O'Neill |
| 064 | Sylvester M. Ortega |
| 065 | Lansing W. Tyler |
| 066 | Robert Williams |

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 2/26/2008

Your Signature: [signature]

Your Printed Name: VALENCIA L. Ahmad

Address: 1650 N. Riverwoods DR, Unit 701, Melrose Park IL 60160
City State Zip Code

Telephone: (708) 655-7844

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 2-26-2008

Your Signature: [signature]

Your Printed Name: James M. Bender III

Address: 10530 Laurel Creek Converse TX 78109
City State Zip Code

Telephone: (210) 538-8321 / (210) 833-8918 cell

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: March 3 2008

Your Signature: [signature]

Your Printed Name: Thomas P. Brophy

Address: 102 White Cedar Drive, East Amherst, NY 14051
City State Zip Code

Telephone: (716) 636-0901

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 2/11/08

Your Signature: Paige Edenfield

Your Printed Name: PAIGE EDENFIELD

Address: 9619 AUTUMN APPLAUSE DR. CHARLOTTE NC 28277
City State Zip Code

Telephone: (704) 341-1090

## NOTICE OF CONSENT

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 2/17/08

Your Signature: [signature]

Your Printed Name: Todd M. Falvey

Address: 6 Robin Rd Norfolk, MA 02056
City State Zip Code

Telephone: (781) 953-9295 508-528-1385

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: February 18, 2008

Your Signature: J.H. Fitzgerald

Your Printed Name: James H. Fitzgerald

Address: 82 Stockton Ct Newtown P.A. 18940
City State Zip Code

Telephone: (267) 757-0276

## NOTICE OF CONSENT

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 2-2-2008

Your Signature: [signature]

Your Printed Name: Jeffrey M Jacoff

Address: 6 Granite Court Fredricksburg VA 22406
City State Zip Code

Telephone: (540) 370 1951

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 2/24/2008

Your Signature: [signature]

Your Printed Name: ROBERT J. MARGIST

Address: 203 OLD York Road Bridgewater, NJ 08807
City State Zip Code

Telephone: (908) 203-0071

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 03/01/08

Your Signature: J. E. McCarthy

Your Printed Name: John E McCarthy

Address: 1190 Hambiltonian Way York PA 17404
City State Zip Code

Telephone: (717) 767-7444

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: MARCH 2, 2008

Your Signature: [signature]

Your Printed Name: JAMES G. MOUNCE III

Address: 6042 NORTH PORTER SQUARE, BARTLETT, TN 38134
City State Zip Code

Telephone: (901) 553-6738 (c) / (901) 388-2846 (H)

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 2-28-08

Your Signature: [signature]

Your Printed Name: Bruce Norum

Address: 2800 Skyway Dr Helena MT 59602
City State Zip Code

Telephone: (406) 495-2172

## NOTICE OF CONSENT

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 2/29/08

Your Signature: [signature]

Your Printed Name: David O'Neill

Address: 102 LILAC Ct. MILFORD PA 18337
City State Zip Code

Telephone: ( ) 570 686-4777

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: February 28, 2008

Your Signature: [signature]

Your Printed Name: Sylvester M. Ortega

Address: 5422 San Fernando San Antonio, Tx 78237
City State Zip Code

Telephone: (210) 391-7995

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date:_02/25/2008____________________________

Your Signature:__ [signature]________________________

Your Printed Name: __Lansing W. Tyler______________________

Address:__3041 S. Vine St.____________ Denver________ CO____ 80210__

City State Zip Code

Telephone: ( 303)759-3609

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 2/28/08

Your Signature: [signature]

Your Printed Name: ROBERT WILLIAMS

Address: 1021 SHARON LEE AVE FORT MILL S.C. 29708

City State Zip Code

Telephone: (803) 548-6854