# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**RICHARD C. ABEND, et al.**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 08-106C**
**Filed: March 11, 2008**

**O R D E R**

The court is in receipt of plaintiff's notice of filing and motion for leave to file notices of consent, dated March 7, 2008. Plaintiff's attorney is **ORDERED** to inform the court as to why filings were submitted to be filed with the Clerk of Court for the Northern District of Illinois, and is hereby directed to respond to this order on or before **Friday, March 14, 2008.** In the alternative, plaintiff's attorney may re-file the submission in conformance with The United States Court of Federal Claims, which can be found on the court's website at www.uscfc.uscourts.gov.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**