**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Richard C. Abend, Blake Brown, David McLean, Juan D. Morales, Richard L. Murphy, III, Roland W. O'Briant, Gregory A. Stanley, Eddie Vasilopoulos and Darren Williams, | |
| Plaintiffs, | No. 08-106 C |
| vs. | Judge Marian Blank Horn |
| United States, | |
| Defendant. | |

**RESPONSE TO ORDER**

Plaintiffs, by their undersigned counsel, responds to the Court's order of March 11, 2008 as follows:

On March 7, 2008, Plaintiffs filed a Motion for Leave to File Notices of Consent along with fifteen additional Notices of Consent and a Notice of Filing. The Notice of Filing inadvertently and incorrectly provided that the Notice of Filing and Plaintiffs' Motion for Leave to File Notices of Consent was filed with the Clerk of the United States District Court for the Northern District of Illinois. The identified filing was actually filed electronically with the Clerk of the United States Court of Federal Claims.

Respectfully submitted,

/s/ Kelly K. Lambert

Kelly K. Lambert, Attorneys for Plaintiffs

Dated: March 13, 2008

Jennifer K. Soule
James G. Bradtke
Kelly K. Lambert
**Soule, Bradtke & Lambert**
155 North Michigan Avenue, Suite 504
Chicago, Illinois 60601
312-616-4422

S:\SDDO\Pleadings\Responseto3-11-08Order.wpd