UNITED STATES COURT OF INTERNATIONAL TRADE

UNIVERSAL POLYBAG CO., LTD., API ENTERPRISES INC., ALPINE PLASTICS INC., AND ADVANCE POLYBAG INC.,

Plaintiffs,

v.

UNITED STATES,

Defendant.

Case No. 07-00043

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that DAVID S. SILVERBRAND hereby enters his appearance as the principal attorney of record for United States, defendant, in this action, and requests that all papers in connection with this action be referred to his attention.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/David S. Silverbrand
DAVID S. SILVERBRAND
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W.
ATTN: Classification Unit, 8th Floor
Washington, D.C. 20530
Telephone: (202) 305-3278
Facsimile: (202) 353-7988
Attorneys for Defendant

March 19, 2008

CERTIFICATE OF SERVICE

I hereby declare on this 19th day of March, 2008, I caused to be served copies of "NOTICE OF APPEARANCE" by first class-mail (postage pre-paid), addressed as follows:

David John Craven
Riggle and Craven
8430 W Bryn Mawr
Suite 525
Chicago, IL 60631
(312) 368-8787
Fax: (312) 368-0939
Email: dcraven@tradelaw.com

Joseph W. Dorn
King & Spalding, LLP
1700 Pennsylvania Avenue, NW.
Washington, DC 20006-4706
(202) 626-5445
Fax: (202) 626-3737
Email: jdorn@kslaw.com

s/David S. Silverbrand