IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RICHARD C. ABEND, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08-106C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**CORRECTED NOTICE OF APPEARANCE**

To the Clerk:

Please strike the previous notice of appearance filed by the undersigned in this case, which was misfiled and consisted of an incorrect pdf.

Please enter the appearance of David S. Silverbrand, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

David S. Silverbrand
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 4044
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/David S. Silverbrand
DAVID S. SILVERBRAND
Trial Attorney
Commercial Litigation Branch
Civil Division
TEL: (202) 305-3278
FAX: (202) 353-7988
E-mail: David.Silverbrand@usdoj.gov

Dated: March 20, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 20th day of March, 2008, a copy of the foregoing NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/David S. Silverbrand