# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **ABEND et al.,** | |
| **Plaintiff,** | |
| **v.** | **No. 08-106C**<br>**Filed: April 2, 2008** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

To discuss future proceedings in this case, the court **ORDERS** the parties to appear at a status conference on **Tuesday, April 29, 2008, at 2:30 p.m. DST.,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Lambert at (312) 616-4422 and Mr. Silverbrand at (202) 305-3278.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**