**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Richard C. Abend, Blake Brown, David McLean, Juan D. Morales, Richard L. Murphy, III, Roland W. O'Briant, Gregory A. Stanley, Eddie Vasilopoulos and Darren Williams, | |
| Plaintiffs, | No. 08-106 C |
| vs. | Judge Marian Blank Horn |
| United States, | |
| Defendant. | |

**MOTION TO FILE NOTICES OF CONSENT**

Plaintiffs, by their undersigned counsel, move the Court to allow them to file Notices of Consent herein. In support, plaintiffs provide the following:

1. On February 25, 2008, Plaintiff filed their Complaint along with fifty-one Notices of Consent;

2. Plaintiffs' counsel filed fifteen additional Notices of Consent on March 7, 2008;

3. Plaintiffs' counsel seeks to file copies of fourteen additional Notices of Consent by electronic filing; and

4. Defendant has no objection to the filing of these Notices of Consent.

WHEREFORE, plaintiffs respectfully request that they be permitted to file the attached Notices of Consent (Exhibit A) for: Edmund Carr; John Fabbricatore; Martin D. Herron; Keith D. McCrea; James A. McPeek; Michael Mihalakelis; Daniel Monico; Jesus Ramos; Homero Saenz; Clay Sanger; Corina Singh; Danny G. Sullivan; Arturo Trevino; and Johnny N. Williams.

Respectfully submitted,

/s/ Kelly K. Lambert

---

Kelly K. Lambert, Attorneys for Plaintiffs

Dated: March 7, 2008

Jennifer K. Soule
James G. Bradtke
Kelly K. Lambert
**Soule, Bradtke & Lambert**
155 North Michigan Avenue
Suite 504
Chicago, Illinois 60601
312-616-4422

S:\SDDO\Pleadings\Mtn to File Consents - 04-07-08.wpd

# Exhibit A

**LIST OF PARTY PLAINTIFFS**

| Party Plf No. | Name |
|---|---|
| 067 | Edmund Carr |
| 068 | John Fabbricatore |
| 069 | Martin D. Herron |
| 070 | Keith D. McCrea |
| 071 | James A. McPeek |
| 072 | Michael Mihalakelis |
| 073 | Daniel Monico |
| 074 | Jesus Ramos |
| 075 | Homero Saenz |
| 076 | Clay Sanger |
| 077 | Corina Singh |
| 078 | Danny G. Sullivan |
| 079 | Arturo Trevino |
| 080 | Johnny N. Williams |

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 3/16/08

Your Signature: [signature]

Your Printed Name: Edmund Carr

Address: 947 Hickory Stick Drive Fort Mill SC 29715
City State Zip Code

Telephone: (404) 734-7709 (C) (803) 547-5838 (H)

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 3-3-08

Your Signature: [signature]

Your Printed Name: John Fabbricatore

Address: 5254 S. Ireland Way Centennial CO 80015
City State Zip Code

Telephone: (720) 331-2513

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 3-20-08

Your Signature: Martin D Herron

Your Printed Name: MARTIN D HERRON

Address: 51 Cedar Ridge Drive West Seneca NY 14224
City State Zip Code

Telephone: (716) 675-5814

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 2/29/08

Your Signature: K-D. McC

Your Printed Name: Keith D. McCrea

Address: 2414 S. Standage Ave Mesa, Az 85202
City State Zip Code

Telephone: (480) 663-3867 - Home (520) 251-2044 - Cell

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: March 27, 2008

Your Signature: James A. McPeek

Your Printed Name: JAMES A. MCPEEK

Address: 8037 MALLOW DRIVE TINLEY PARK IL 60477
City State Zip Code

Telephone: (708) 614-9842

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: MARCH 13, 2008

Your Signature: [signature]

Your Printed Name: Michael Mihalakelis

Address: 6911 ALPINE DRIVE ANNANDALE, VA 22003

City State Zip Code

Telephone: (703) 642 0657

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 03/07/08

Your Signature: [signature]

Your Printed Name: DANIEL MONICO

Address: 10 Jewett ST. SAUGUS MA 01906
City State Zip Code

Telephone: (781 -231-2147

## NOTICE OF CONSENT

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 03/12/2008

Your Signature: Jesus Ramos

Your Printed Name: JESUS RAMOS

Address: 11 ROAN HEIGHTS SAN ANTONIO TX 78259
City State Zip Code

Telephone: (210) 481-6468

## NOTICE OF CONSENT

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: MARCH 1, 2008

Your Signature: Homero Sáenz

Your Printed Name: HOMERO SÁENZ

Address: 906 ENCARNACIÓN LANE PHARR TX 78577
City State Zip Code

Telephone: home (956) 702-0400 cell - 956-534-6359

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: FEB 22 2008

Your Signature: [signature]

Your Printed Name: Clay Sanger

Address: P.O. Box 2484 Florence AZ 85232
City State Zip Code

Telephone: (520) 868-9009 or cell 520 709-0768

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: March 17, 2008

Your Signature: [signature]

Your Printed Name: Dorina Singh

Address: 10209 Ventana Oeste Dr., NW, Albuquerque, NM 87114
City State Zip Code

Telephone: (505 803-3124

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 01-31-2008

Your Signature: [signature]

Your Printed Name: DANNY GEORGE SULLIVAN

Address: 1151 WASHINGTON ST., D-15 MIDDLETOWN CT 06457

City State Zip Code

Telephone: (860) 250 3950

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 3/31/08

Your Signature: [signature]

Your Printed Name: Arturo Treviño

Address: 13827 Monterey Lane, La Mirada CA 90638
City State Zip Code

Telephone: (562) 694-2441 cell (562) 857-9898

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 3/10/08

Your Signature: [signature]

Your Printed Name: Johny N. Williams

Address: 1433 McCabe Cove RD. El Centro CA 92243
City State Zip Code

Telephone: (760) 801-9938