# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **RICHARD C. ABEND, et al.,** | |
| **Plaintiff,** | **No. 08-106C** |
| **v.** | **Filed: April 15, 2008** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of the defendant's April 15, 2008 unopposed motion for an enlargement of time of 28 days, to and including May 23, 2008, within which to file its response to the plaintiff's complaint. The court **GRANTS** the defendant's motion and **ORDERS** the defendant to file its response to plaintiff's complaint on or before **Friday, May 23, 2008**.

Previously the court set a status conference for Tuesday, April 29, 2008 to discuss future proceedings in this case. Due to the extension of time granted to defendant to respond to plaintiff's complaint, the court cancels the April 29, 2008 conference and reschedules that conference to take place on **Wednesday, June 25, 2008, at 2:30 p.m. EDT,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Lambert at (312) 616-4422 and Mr. Silverbrand at (202) 305-3278.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**