# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Richard C. Abend, Blake Brown, David McLean, Juan D. Morales, Richard L. Murphy, III, Roland W. O'Briant, Gregory A. Stanley, Eddie Vasilopoulos and Darren Williams, | |
| Plaintiffs, | No. 08-106 C |
| vs. | Judge Marian Blank Horn |
| United States, | |
| Defendant. | |

## MOTION TO FILE NOTICES OF CONSENT

Plaintiffs, by their undersigned counsel, move the Court to allow them to file Notices of Consent herein. In support, plaintiffs provide the following:

1. On February 25, 2008, Plaintiffs filed their Complaint and have filed eighty Notices of Consent;
2. Plaintiff's counsel seeks to file copies of twelve additional Notices of Consent by electronic filing;
3. The tolling of the statute of limitations for the additional persons seeking to file their Notices of Consent is dependent on the filing date of their particular Notice of Consent.

WHEREFORE, plaintiffs respectfully request that they be permitted to file the attached Notices of Consent (Exhibit A) for: Neil Acri; Ronnie D. Batley; Armando Miret Bowser; Stephen R. Harris II; Kenneth M. Heist; Johnny J. Luna; David Krygier; John A. Marten; Gregory G. Mercurio; Patricia Pepe Reiser; Renzo Scavazzon; and Miguel Vallejo, Jr..

Respectfully submitted,

/s/ Kelly K. Lambert

______________________________

Kelly K. Lambert, Attorneys for Plaintiffs

Dated: May 13, 2008

Jennifer K. Soule
Kelly K. Lambert
**Soule, Bradtke & Lambert**
155 North Michigan Avenue
Suite 504
Chicago, Illinois 60601
312-616-4422

S:\SDDO\Pleadings\Mtn to File Consents - 05-13-08.wpd

# Exhibit A

**LIST OF PARTY PLAINTIFFS**

| Party Plf No. | Name |
|---|---|
| 081 | Neil Acri |
| 082 | Ronnie D. Batley |
| 083 | Armando Miret Bowser |
| 084 | Stephen R. Harris II |
| 085 | Kenneth M. Heist |
| 086 | Johnny J. Luna |
| 087 | David Krygier |
| 088 | John A. Marten |
| 089 | Gregory G. Mercurio |
| 090 | Patricia Pepe Reiser |
| 091 | Renzo Scavazzon |
| 092 | Miguel Vallejo, Jr. |

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 4/4/08

Your Signature: [signature]

Your Printed Name: Neil R Acri

Address: 1345 Beacon Circle, Wellington FL 33414
City State Zip Code

Telephone: (561) 795-5250

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 4/15/08

Your Signature: [signature]

Your Printed Name: RONNIE D. BATLEY

Address: 2391 W. ELM AVE EL CENTRO CA 92243
City State Zip Code

Telephone: (760) 353-7290

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years proceeding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: APRIL 17, 2008

Your Signature: [signature]

Your Printed Name: ARMANDO OLIRET BOWSER

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: March 14, 2008

Your Signature: [signature]

Your Printed Name: Stephen. R. Harris II

Address: 3959 Forest Village Dr. Kingwood, TX 77339-1817
City State Zip Code

Telephone: (832) 465-7353

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 5-1-2008

Your Signature: [signature]

Your Printed Name: Kenneth M. Heist

Address: 44 Westwood Road Lancaster NY 14086
City State Zip Code

Telephone: (716) 681-2663

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 3/10/08

Your Signature: [signature]

Your Printed Name: Johnny J. Luna

Address: 1215 S. Standard San Juan TX 78589

City State Zip Code

Telephone: (956) 451-0503

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 4/2/08

Your Signature: David Krygier

Your Printed Name: DAVID KRYGIER

Address: 50 Ellwood Ave Buffalo NY 14223
City State Zip Code

Telephone: (716) 895-2743

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 5/5/2008

Your Signature: [signature]

Your Printed Name: JOHN A. MARTEN

Address: 534 BARON ROAD, MUKWONAGO, WI 53149
City State Zip Code

Telephone: (262) - 363-3050

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 04/18/08

Your Signature: [signature]

Your Printed Name: Gregory Mercurio

Address: 115 Castle Rocks Road Warwick, RI 02886
City State Zip Code

Telephone: (401) 886-7099

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 3/21/08

Your Signature: [signature]

Your Printed Name: PAtricia Pepe Deiser

Address: 732 Julian Dr Collegeville PA 19426
City State Zip Code

Telephone: ( ) 610-831-0709

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 4-6-08

Your Signature: [signature]

Your Printed Name: RENZO SCAVAZZON

Address: 9004 Rochedale Place, Waxhaw, NC 28173
City State Zip Code

Telephone: (704) 320-7970

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 04/16/2008

Your Signature: [signature]

Your Printed Name: MIGUEL VALLEJO, JR.

Address: 985 Cordova Drive, Chula Vista, California 91910
City State Zip Code

Telephone: (619) 429-3214