# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **RICHARD C. ABEND, et al.,** | |
| **Plaintiffs,** | **No. 08-106C** |
| **v.** | **Filed: June 26, 2008** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court held a status conference in the above-captioned case, with the parties appearing by telephone. As discussed at the conference, the parties shall consult, and shall review the numerous plaintiffs' claims filed in this case to determine if there are plaintiffs and/or claims which can be resolved by the parties and settled or dismissed. On or before **Wednesday, September 24, 2008**, the parties shall file a Joint Status Report, detailing the results of the review. Furthermore, the court **SCHEDULES** a status conference for **Thursday, October 2, 2008, 2:30 p.m. EDT**. The parties may appear by telephone. Unless otherwise notified, the court will contact Ms. Lambert and Mr. Cotiguala at (312) 616-4422, Mr. Silverbrand at (202) 305-3278, and Mr. Kraus at (202) 514-8154. Prior to the conference with the court, the parties shall have consulted and reviewed each of the plaintiffs' claims to determine the status of such claims. At the conference, the parties shall be prepared to discuss their progress in the case, and to propose further proceedings in the case, with a proposed time line. The court appreciates the assistance of agency counsel and his willingness to take the lead in initiating the review.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**