**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Richard C. Abend, Blake Brown, David McLean, Juan D. Morales, Richard L. Murphy, III, Roland W. O'Briant, Gregory A. Stanley, Eddie Vasilopoulos and Darren Williams, | |
| Plaintiffs, | No. 08-106 C |
| vs. | Judge Marian Blank Horn |
| United States, | |
| Defendant. | |

**MOTION TO FILE NOTICES OF CONSENT**

Plaintiffs, by their undersigned counsel, move the Court to allow them to file Notices of Consent herein. In support, plaintiffs provide the following:

1. On February 25, 2008, Plaintiffs filed their Complaint and have ninety-two filed Notices of Consent;
2. Plaintiffs' counsel seeks to file copies of seven additional Notices of Consent by electronic filing;
3. The tolling of the statute of limitations for the additional persons seeking to file their Notices of Consent is dependent on the filing date of their particular Notice of Consent.

WHEREFORE, plaintiffs respectfully request that they be permitted to file the attached Notices of Consent (Exhibit A) for: Bridget Bice; Charles M. Bryceland; Michael L. Bush; Angelita Gomez; Curtis A. Hemphill; Andrew J. Lynch; and James A. Rielly.

Respectfully submitted,

/s/ Kelly K. Lambert

Kelly K. Lambert, Attorneys for Plaintiffs

Dated: June 27, 2008

Kelly K. Lambert
**Soule, Bradtke & Lambert**
155 North Michigan Avenue
Suite 504
Chicago, Illinois 60601
312-616-4422

S:\SDDO\Pleadings\MtntoFileConsents-06-27-08.wpd

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 2-1-2008

Your Signature: BBice

Your Printed Name: BRIDGET BICE

Address: 2006 Gunpowder Court Summerville, SC 29485
City State Zip Code

Telephone: (843 425-6944 or (843) 200-0094 (w) cell

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: May 24, 2008

Your Signature: [signature]

Your Printed Name: CHARLES M BRYCELAND

Address: 80 M ROCKLEDGE ROAD HARTSDALE NY 10530
City State Zip Code

Telephone: (914) 723-7125

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years proceeding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 6/10/08

Your Signature: Michael L. Bush

Your Printed Name: MICHAEL L. BUSH

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act. 29 U.S.C. §201. or the Portal-to-Portal Act. 29 U.S.C. §251. or both. because I either currently or within the three years proceeding the execution of this Consent was employee of the Department of Homeland Security. Immigration and Customs Enforcement.

Today's Date: June 11 2008

Your Signature: [signature]

Your Printed Name: Angelita Gomez

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: May 19, 2008

Your Signature: C A M

Your Printed Name: Curtis A. Hemphill

Address: 6883 Cinnamon Dr. Sparks NV 89436
City State Zip Code

Telephone: (775) 354-1425

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 6. 8. 08

Your Signature: AJ Lynch

Your Printed Name: ANDREW J. LYNCH

Address: 162 SOMERSET MILFORD MI 48381
City State Zip Code

Telephone: (248) 685. 8310

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 6-10-2008

Your Signature: J.A. Rielly

Your Printed Name: James A. Rielly

Address: 11 Park Place Circle, West Hartford, CT 06110

City State Zip Code

Telephone: (860) 232-0048