IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RICHARD C. ABEND, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08-106C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>DEFENDANT'S NOTICE OF FILING ITS AMENDED ANSWER</u>**

Pursuant to the Court's June 25, 2008 oral order, and plaintiffs' representation that they are not making any claims beyond the applicable statute of limitations, compl. ¶¶ 15, 17, the Government is currently unaware of any of plaintiffs' claims that are barred by the applicable statute of limitations. We, therefore, have amended our answer to the complaint. Our amended answer is identical in all respects to Defendant's Answer, filed on May 21, 2008, with the exception that we have removed paragraph 19, our assertion of an affirmative defense that plaintiffs' claims are barred by the relevant statute of limitations.

For these reasons, we respectfully notify the Court of the filing of the attached amended answer.

Respectfully submitted,

GREGORY C. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

/s/ David S. Silverbrand
DAVID S. SILVERBRAND
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 305-3278
fax: (202) 353-7988

July 1, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 1st day of July, 2008, a copy of the foregoing “DEFENDANT'S NOTICE OF FILING ITS AMENDED ANSWER,” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court’s system.

s/ DAVID S. SILVERBRAND