IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RICHARD C. ABEND, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08-106C |
| | ) | (Judge Horn) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S AMENDED ANSWER**

For its answer to the complaint, defendant admits, denies, and alleges as follows:

1. The allegations contained in paragraph 1 are conclusions of law, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

2. Admits.

3. Admits the allegations contained in the first sentence of paragraph 3 to the extent supported by Exhibit A to the complaint, which is the best evidence of its contents; otherwise, denies the allegations contained in the first sentence of paragraph 3. Admits the allegations contained in the second sentence of paragraph 3 to the extent supported by Exhibit B to the complaint, which is the best evidence of its contents; otherwise, denies the allegations contained in the second sentence of paragraph 3. Denies the allegations contained in the third sentence of paragraph 3 for lack of knowledge or information sufficient to form a belief as to their truth except to the extent supported by the March 7, 2008, April 7, 2008, and May 13, 2008 Notices of consent filed by plaintiffs, which is the best evidence of its contents.

4. The allegations contained in paragraph 4 are conclusions of law and characterizations of plaintiff's case, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

5. Denies.

6. The allegations contained in paragraph 6 constitute characterizations of plaintiff's case to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

7. The allegations contained in paragraph 7 are conclusions of law, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

8. Defendant incorporates by reference and reasserts its responses to paragraphs 1 through 7 of plaintiffs' complaint.

9. The allegations contained in paragraph 9 are conclusions of law and characterizations of plaintiffs' case, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

10. The allegations contained in paragraph 10 are conclusions of law and characterizations of plaintiffs' case, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

11. The allegations contained in paragraph 11 are conclusions of law and characterizations of plaintiffs' case, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

12. The allegations contained in paragraph 12 are conclusions of law, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

13. The allegations contained in paragraph 13 are conclusions of law, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

14. Denies the allegations contained in the first and second clause of paragraph 14 for lack of knowledge or information sufficient to form a belief as to their truth. The allegations

contained in the third clause of paragraph 14 are conclusions of law and characterizations of plaintiffs' case, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

15. The allegations contained in the first sentence of paragraph 15 are conclusions of law and characterizations of plaintiffs' case, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

The characterizations contained in the unnumbered paragraph beginning "WHEREFORE" and following paragraph 15 are plaintiffs' request for relief, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied; further denies that plaintiffs are entitled to the relief requested or to any relief whatsoever.

16. Defendant incorporates by reference and reasserts its responses to paragraphs 1 through 15 of plaintiffs' complaint.

17. The allegations contained in the first sentence of paragraph 17 are conclusions of law, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

The characterizations contained in the unnumbered paragraph beginning "WHEREFORE" and following paragraph 17 are plaintiffs' request for relief, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied; further denies that plaintiffs are entitled to the relief requested or any relief whatsoever.

18. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

/s/ David S. Silverbrand
DAVID S. SILVERBRAND
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-3278
Fax: (202) 353-7988
Attorneys for Defendant

OF COUNSEL:

WR KRAUS
Associate Legal Advisor
U.S. Immigration and Customs Enforcement

Dated: July 1, 2008

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on July 1, 2008, a copy of the foregoing **"DEFENDANT'S AMENDED ANSWER"** was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David Silverbrand