**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Richard C. Abend, Blake Brown, David McLean, Juan D. Morales, Richard L. Murphy, III, Roland W. O'Briant, Gregory A. Stanley, Eddie Vasilopoulos and Darren Williams, | |
| Plaintiffs, | No. 08-106 C |
| vs. | Judge Marian Blank Horn |
| United States, | |
| Defendant. | |

**NOTICE OF FILING**

To: David.Silverbrand@usdoj.gov
David Silverbrand
Trial Attorney - Civil Division
Department of Justice
1100 L Street, NW
Washington, DC 20530

PLEASE TAKE NOTICE that on **Tuesday, July 22, 2008,** I caused **this Notice of Filing and Motion to File Notices of Consent,** to be filed via the Electronic Case Filing System with the Clerk of the United States Court of Federal Claims.

/s/ Kelly K. Lambert
____________________________________
Kelly K. Lambert, Attorney for Plaintiffs

Dated: July 22, 2008

Jennifer K. Soule
Kelly K. Lambert
**Soule, Bradtke & Lambert**
155 North Michigan Avenue, Suite 504
Chicago, Illinois 60601
312-616-4422