**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| Richard C. Abend, Blake Brown, David McLean, Juan D. Morales, Richard L. Murphy, III, Roland W. O'Briant, Gregory A. Stanley, Eddie Vasilopoulos and Darren Williams, | |
| Plaintiffs, | No. 08-106 C |
| vs. | Judge Marian Blank Horn |
| United States, | |
| Defendant. | |

**MOTION TO FILE NOTICES OF CONSENT**

Plaintiffs, by their undersigned counsel, move the Court to allow them to file Notices of Consent herein. In support, plaintiffs provide the following:

1. On February 25, 2008, Plaintiffs filed their Complaint and have ninety-nine filed Notices of Consent; and

2. Plaintiffs' counsel seeks to file copies of nine additional Notices of Consent by electronic filing.

WHEREFORE, plaintiffs respectfully request that they be permitted to file the attached Notices of Consent (Exhibit A) for: James E. Brown, Jr.; Robert G. Faber; Kent D. Haroldsen; Patrick Maddas; Paul D. Picone; Eduardo E. Roman; Jeffrey S. Tipton; Ernesto J. Vergara; and Michael L. Wallace.

Respectfully submitted,

/s/ Kelly K. Lambert

Kelly K. Lambert, Attorneys for Plaintiffs

Dated: July 22, 2008

Kelly K. Lambert
**Soule, Bradtke & Lambert**
155 North Michigan Avenue, Suite 504
Chicago, Illinois 60601
312-616-4422

# EXHIBIT A

***LIST OF PARTY PLAINTIFFS*** Plaintiffs 100 - 108

| Party Plf No. | Name |
|---|---|
| 100 | James E. Brown, Jr. |
| 101 | Robert G. Faber |
| 102 | Kent D. Haroldsen |
| 103 | Patrick Maddas |
| 104 | Paul D. Picone |
| 105 | Eduardo E. Roman |
| 106 | Jeffrey S. Tipton |
| 107 | Ernesto J. Vergara |
| 108 | Michael L. Wallace |

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: July 19, 2008

Your Signature: [signature]

Your Printed Name: JAMES E. BROWN

Address: 21 McKINLEY TERR. WESTFIELD MA 01085

City State Zip Code

Telephone: (413) 568-6489

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years proceeding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: July 15, 2008

Your Signature: Robert G. Faber

Your Printed Name: Robert G. Faber

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years proceeding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 07-08-08

Your Signature: Kent D. Haroldsen

Your Printed Name: KENT D. HAROLDSEN

# NOTICE OF CONSENT

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years proceeding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: July 03, 2008

Your Signature: [signature]

Your Printed Name: Patrick Maddas

# NOTICE OF CONSENT

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years proceeding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: JUL 5

Your Signature: [signature]

Your Printed Name: Paul D. Picone

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years proceeding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 7-1-2008

Your Signature: Eduardo Roman

Your Printed Name: EDUARDO ROMAN

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years proceeding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 07/10/2008

Your Signature: [signature]

Your Printed Name: JEFFREY TIPTON

# NOTICE OF CONSENT

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years proceeding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: July 10, 2008

Your Signature: [signature]

Your Printed Name: Ernesto J. Vergara

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: April 9, 2008

Your Signature: M. L. Wallace

Your Printed Name: MICHAEL L. WALLACE

Address: 7104 RIVERBOAT DR. MIRA LOMA CA 91752

City State Zip Code

Telephone: (951) 736-8612