# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Richard C. Abend, Blake Brown, David McLean, Juan D. Morales, Richard L. Murphy, III, Roland W. O'Briant, Gregory A. Stanley, Eddie Vasilopoulos and Darren Williams, | |
| Plaintiffs, | No. 08-106 C |
| vs. | Judge Marian Blank Horn |
| United States, | |
| Defendant. | |

## MOTION TO FILE NOTICES OF CONSENT

Plaintiffs, by their undersigned counsel, move the Court to allow them to file Notices of Consent herein. In support, plaintiffs provide the following:

1. On February 25, 2008, Plaintiffs filed their Complaint and have one hundred eight filed Notices of Consent; and

2. Plaintiffs' counsel seeks to file copies of eight additional Notices of Consent by electronic filing.

WHEREFORE, plaintiffs respectfully request that they be permitted to file the attached Notices of Consent (Exhibit A) for: Earl J. Dotson; Tim Edgerton; Simone Lee-Fatt; Craig Matheny; Juan C. Moreno; Miguel Munoz; Teri Tremper; and Todd L. Tryon.

Respectfully submitted,

/s/ Kelly K. Lambert

Kelly K. Lambert, Attorneys for Plaintiffs

Dated: August 13, 2008

Jennifer K. Soule
Kelly K. Lambert
**Soule, Bradtke & Lambert**
155 North Michigan Avenue, Suite 504
Chicago, Illinois 60601
312-616-4422
S \SDDO\Pleadings\8-13-08 motion to file consents wpd

# EXHIBIT A

***LIST OF PARTY PLAINTIFFS*** Plaintiffs 109-116

| Party Plf No. | Name |
|---|---|
| 109 | Earl J. Dotson |
| 110 | Tim Edgerton |
| 111 | Simone Lee-Fatt |
| 112 | Craig Matheny |
| 113 | Juan C. Moreno |
| 114 | Miguel Munoz |
| 115 | Teri Tremper |
| 116 | Todd L. Tryon |

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 7-23-08

Your Signature: Earl J. Dotson

Your Printed Name: EARL DOTSON

Address: 19924 Astilbe Ct Spring TX 77379

City State Zip Code

Telephone: (832) 217-7717

# NOTICE OF CONSENT

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years proceeding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 7/24/2008

Your Signature: Tim Edgerton

Your Printed Name: Tim Edgerton

# NOTICE OF CONSENT

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years proceeding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 8-1-08

Your Signature: [signature]

Your Printed Name: Simone Lee-Fatt

# NOTICE OF CONSENT

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years proceeding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: July 03, 2008

Your Signature: ______________

Your Printed Name: CRAIG MATHENY

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years proceeding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 7/23/08

Your Signature: [signature]

Your Printed Name: JUAN C. MORENO

# NOTICE OF CONSENT

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years proceeding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 08/08/2008

Your Signature: [signature]

Your Printed Name: Munoz, Miguel

08-08-2008 09:57am From-DHS/ICE/DRO SAN DIEGO FIELD OFFICE 6195576373 T-666 P.005/005 F-676

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: January 28, 2008

Your Signature: [signature]

Your Printed Name: TERI TREMPER

Address: 63 E. Palomar Dr. Chula Vista CA 91914

City State Zip Code

Telephone: ( ) 619 201 2545

**NOTICE OF CONSENT**

I hereby give my consent to become a party plaintiff concerning alleged violations of the Fair Labor Standards Act, 29 U.S.C. §201, or the Portal-to-Portal Act, 29 U.S.C. §251, or both, because I either currently or within the three years preceding the execution of this Consent was employee of the Department of Homeland Security, Immigration and Customs Enforcement.

Today's Date: 8/4/08

Your Signature: [signature]

Your Printed Name: TODD L TRYON

Address: 127 JACKSON ST BATAVIA NY 14020
City State Zip Code

Telephone: (585) 344 2219