# In the United States Court of Federal Claims

| | |
|---|---|
| RICHARD C. ABEND, et. al, Plaintiff, | |
| v. | No. 08-106C<br>Filed: September 12, 2008<br>cc: Judge Braden |
| UNITED STATES, Defendant. | |

**ORDER OF REASSIGNMENT**

Pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims, and to promote the efficient administration of justice, the above-captioned case is transferred to Judge Susan G. Braden. Judge Braden has agreed to the transfer. Therefore, the Clerk of Court is directed to take the action necessary to reflect this transfer on the docket of this court.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**