IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RICHARD C. ABEND, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08-106C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 21-day enlargement of time, to and including October 15, 2008, within which the parties may file a Joint Status Report pursuant to the Court's June 26, 2008 order. The Joint Status Report is currently due on September 24, 2008. Defendant has not previously requested an enlargement of time for this purpose. The undersigned has contacted plaintiffs' counsel, who has stated that plaintiffs consent to this motion.

The enlargement is requested because U.S. Immigration and Customs Enforcement, Department of Homeland Security ("ICE"), is continuing its review of plaintiffs' claims filed in this case to determine which, if any, of plaintiffs' claims may be able to be resolved by the parties without the need for further judicial proceedings. Agency counsel has stated that ICE is working diligently to complete its review of plaintiffs' claims and that ICE will provide its recommendation to the Department of Justice as soon as possible. This process continues to move forward, and we anticipate receiving a recommendation from ICE within the next 21 days. Allowing these internal procedures to continue will conserve the scarce resources of the Court

and the parties and promote the just, speedy, and inexpensive resolution of this matter.

For the foregoing reasons, defendant respectfully requests that the Court grant this consent motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

/s/ David S. Silverbrand
DAVID S. SILVERBRAND
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 305-3278
fax: (202) 353-7988

September 12, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 12th day of September, 2008, a copy of the foregoing consent motion for an enlargement of time, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ DAVID S. SILVERBRAND