# In the United States Court of Federal Claims

No. 08-106C

Filed: September 16, 2008

************************************
*
RICHARD C. ABEND, *et al*., *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************

**ORDER**

The Government's September 12, 2008 Consent Motion For Enlargement Of Time to file a Joint Status Report is hereby granted. The parties will file a Joint Status Report on or before October 15, 2008.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**